## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MACHINISTS DISTRICT 10,**

       Plaintiff,

**Case No. 07-C-112**

  **-vs-**

**GE MEDICAL SYSTEMS, LLC,**

       Defendant.

## ORDER FOR DISMISSAL

Based on the Stipulation for Dismissal filed by the parties, this matter is hereby dismissed, with prejudice, with each of the parties bearing their own costs.

**IT IS SO ORDERED.**

Dated at Milwaukee, Wisconsin, this 5th day of December, 2007.

       **SO ORDERED,**

       **s/ Rudolph T. Randa**
       **HON. RUDOLPH T. RANDA**
       **Chief Judge**